# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3742

_____

Percy J. Cooper,                                    *
                                                    *
                    Appellant,                      *
                                                    *
        v.                                          *
                                                    *
Dora B. Schriro; Gene Stubblefield;                 *   Appeal from the United States
Steve Long; Jennifer Sachse; Mary                   *   District Court for the Eastern
Brundage; Fred Arflack; Georgia                     *   District of Missouri.
Becker; John D'Alessanda; Larry                     *
Kleine; Charles Womble; Dale                        *       [UNPUBLISHED]
Kennard; James M. Rhodes; Tim                       *
Sappington; William E. Francis;                     *
Unknown Shift Supervisor; Robert                    *
W. Asher; Jeff Terschluse,                          *
                                                    *
                    Appellees.                      *

_____

Submitted:  December 26, 2000

Filed:  December 29, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Percy J. Cooper appeals the adverse disposition of Cooper's 42 U.S.C. § 1983 complaint. After reviewing the record and the parties' briefs, we affirm for the reasons stated in the district court's orders. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.